UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESLIE POWELLCRAFT PAL,

    Plaintiff,

v.                                      Case No. 3:15cv579/LC/CJK

DOODIES, et al.,

    Defendants.

_____/

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 12, 2016 (doc. 4), pursuant to 28 U.S.C. § 636(b)(1)(B), and after noting that no objections have been filed, the Report and Recommendation is adopted as the opinion of the court.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3. The clerk is directed to close the file.

DONE AND ORDERED this  10th  day of  February , 2016.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**